**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2466**

———————

WILBERT WESLEY LEWIS,

                                    Plaintiff - Appellant,

        versus

W. G. BOUCHER, personally and in his official
capacity as a Police Officer for the City of
Roanoke,

                                    Defendant - Appellee,

        and

CITY OF ROANOKE; ATLAS GASKINS, personally and
in his official capacity as Chief of Police
for the City of Roanoke,

                                    Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-00-566-7)

———————

Submitted: July 22, 2003          Decided: September 8, 2003

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilbert Wesley Lewis, Appellant Pro Se. Elizabeth Kay Dillon, CITY ATTORNEY'S OFFICE, Roanoke, Virginia; Jim Harold Guynn, Jr., GUYNN & MEMMER, P.C., Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbert Wesley Lewis appeals the district court's order denying relief in his 42 U.S.C. § 1983 (2000) action, pursuant to the jury's verdict. Lewis has not provided a transcript, and he fails to establish a basis to have a transcript prepared at government expense. 28 U.S.C. § 753(f) (2000). We have reviewed the existing record and find no basis for appellate relief. Accordingly, we affirm the district court's order. See <u>Lewis v. Boucher</u>, No. CA-00-566-7 (W.D. Va. Nov. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2